AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| ARTHUR G. RUNYAN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:11-cv-03083-AB |
| NCO FINANCIAL SYSTEMS, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff,  ARTHUR G. RUNYAN

Date:      08/01/2011

*/s/ Michael Siddons*

*Attorney's signature*

Michael Siddons  (Bar Number)

*Printed name and bar number*

10474 Santa Monica Blvd
Suite 401
Los Angeles, CA 90025`

*Address*

msiddons@margolisedelstein.com

*E-mail address*

(215) 931-5828

*Telephone number*

*FAX number*