UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTHUR G. RUNYAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:11-cv-3083 |
| | ) |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, ARTHUR G. RUNYAN, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By: /s/ Michael Siddons
Michael Siddons, Esq.
Margolis Edelstein
The Curtis Center, Ste. 400E
170 S. Independence Mall W.
Philadelphia, PA 19106-3337
215.931.5828
215.922.1772 (Fax)

NOTICE OF SETTLEMENT

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was send via FIRST CLASS MAIL to Ross Enders, Attorney for Defendant, at the below address.

**Ross S. Enders, Attorney**
**200 Route 31 North, Suite 203,**
**Flemington, NJ 08822-5736**

/s/ Michael Siddons
Michael Siddons
Attorney for Plaintiff