UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTHUR G. RUNYAN, | |
| Plaintiff, | CASE NO: 2:11-cv-03083 |
| v. | NOTICE OF VOLUNTARY DISMISSAL |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

ARTHUR G. RUNYAN (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, NCO FINANCIAL SYSTEMS, INC. (Defendant), in this case.

Both sides to bear their own costs and expenses.

RESPECTFULLY SUBMITTED,
By: /s/ Michael Siddons, Esq.
Attorney for Plaintiff
Michael Siddons
10474 Santa Monica Blvd Suite 401
Los Angeles, CA 90025